53 So.2d 892

**Willie FULLER v. CITY OF BIR-
MINGHAM.**

**6 Div. 131.**

Court of Appeals of Alabama.
May 1, 1951.

Rehearing Denied May 29, 1951.

. .Geo. E. Trawick, Birmingham, for appellant.

Chas. H. Brown, Birmingham, for appellee.

PRICE, Judge.

Affirmed on authority of Fiorella v. City of Birmingham, 35 Ala.App. 384, 48 So.2d 761; Id., 254 Ala. 515, 48 So.2d 768.

---

52 So.2d 887

**Jettie GASTON v. STATE.**

**7 Div. 107.**

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.

Affirmed.

---

59 So.2d 927

**Sadie Mae GIBBS v. STATE.**

**7 Div. 167.**

Court of Appeals of Alabama.
June 10, 1952.

Merrill, Merrill & Vardaman, Anniston, for appellant.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

---

52 So.2d 888

**W. O. GOODMAN v. STATE.**

**5 Div. 327.**

Court of Appeals of Alabama. . .
April 17, 1951.

Teel & Teel, of Rockford, for appellant.

Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.